Geoffrey S. Sheldon, Bar No. 185560
gsheldon@lcwlegal.com
Sarah R. Lustig, Bar No. 255737
slustig@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:   310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendants CITY OF HERMOSA BEACH,
HERMOSA BEACH POLICE DEPARTMENT, TOM
BAKALY, AND SHARON PAPA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| DONOVAN SELLAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HERMOSA BEACH, a Municipal Corporation; HERMOSA BEACH POLICE DEPARTMENT, a public safety department; TOM BAKALY, City Manager, in his official capacity; SHARON PAPA, Chief of Police, in her official capacity; and DOES I-X, inclusive,<br><br>　　　　　　Defendants. | Case No.:  2:16-cv-07706-FMO-AS<br><br>Complaint Filed: September 14, 2016<br>FAC Filed: November 29, 2016<br><br>**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Trial Date:　　　　December 5, 2017<br>Final Pretrial Conf.:　November 17, 2017<br>Discovery Cut-Off:　May 19, 2017 |

Defendants CITY OF HERMOSA BEACH ("City"), HERMOSA BEACH POLICE DEPARTMENT ("Department"), Tom Bakaly ("Bakaly"), and Sharon Papa ("Papa") (collectively referred to as "Defendants") answer the First Amended Complaint ("FAC") of the Plaintiff DONOVAN SELLAN ("Plaintiffs") as follows:

1.　　Answering paragraph 1 of the FAC, Defendants admit generally and specifically that Plaintiff has been employed by the City as a sworn peace officer. With respect to any remaining allegations, the City denies generally and specifically any remaining allegations contained in paragraph 1.

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

2.     Answering paragraph 2 of the FAC, Defendants admit generally and specifically that Sellan was a detective and was assigned to joint tasks forces working with the Drug Enforcement Agency ("DEA").  Defendants are without sufficient knowledge to admit or deny the remainder of the allegations contained therein and on that basis deny each and every remaining allegation contained in paragraph 2.

3.     Answering paragraph 3 of the FAC, Defendants admit that Sellan brought allegations of criminal misconduct against another officer in 2010, which were investigated and determined to be unfounded.  Defendants further admit that in or around November of 2013, Sellan again complained that information had been received by an informant of criminal misconduct by the officer (who Sellan also had a personal dispute with) and that information was reported to the City's Police Department.  Defendants are without sufficient knowledge to admit or deny the remainder of the allegations contained therein and on that basis deny each and every remaining allegation contained in paragraph 3.

4.     Answering paragraph 4 of the FAC, Defendants admit that the DEA was an option for conducting the investigation of the officer that Sellan reported.  Defendants deny each and every remaining allegation contained in paragraph 4.

5.     Answering paragraph 5 of the FAC, Defendants admit that after the Los Angeles County Sheriff's Department conducted the investigation, on or about November 17, 2014, Papa informed Plaintiff that the allegations against the officer were unfounded, as was his previous complaint in 2010.  Defendants deny each and every remaining allegation contained in paragraph 5.

6.     Answering paragraph 6 of the FAC, Defendants admit that due to Plaintiff's personal dispute with the other officer, he was given a direct order by Papa not to discuss the matter or the investigation with other coworkers or law enforcement officials.  Defendants deny each and every remaining allegation contained in paragraph 6.

ANSWER TO FIRST AMENDED COMPLAINT

7.      Answering paragraph 7 of the FAC, Defendants admit that Sellan was served with a notice of an Internal Affairs Investigation as a result of a complaint filed by another officer.  The notice speaks for itself and the remainder of paragraph 7 purports to state a legal conclusion to which no response is necessary.

8.      Answering paragraph 8 of the FAC, Defendants admit that Papa determined that the complaint against Plaintiff was a personal dispute between neighbors and City resources should not be expended investigating a personal dispute.  Defendants deny each and every remaining allegation contained in paragraph 8.

9.      Answering paragraph 9 of the FAC, Defendants admit that Plaintiff tested for a promotion to sergeant.  Defendants deny each and every remaining allegation in paragraph 9 of the FAC.

10.     Answering paragraph 10 of the FAC, Defendants deny each and every allegation in paragraph 10 of the FAC.

11.     Answering paragraph 11 of the FAC, Defendants admit that in or around February of 2016, Plaintiff was informed of a Pitchess motion requesting personnel records relating to him.  Defendants further admit that subsequently Sellan requested and reviewed his personnel records.  Defendants are without sufficient knowledge to admit or deny the remainder of the factual allegations contained therein and on that basis deny each and every allegation contained therein.  Paragraph 11 of the FAC also purports to state a legal conclusion to which no response is necessary.

12.     Answering paragraph 12 of the FAC, Defendants are without sufficient knowledge to admit or deny what Plaintiff noticed and on that basis deny each and every allegation contained therein.  Defendants admit that an evaluation dated 2/11/08 through 2/22/10 was the subject of a grievance filed by Plaintiff, due to the time period of the evaluation, and that the City had agreed to remove it from his personnel file.  Defendants deny each and every remaining allegation in paragraph

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

12 of the FAC.

13.     Answering paragraph 13 of the FAC, Defendants admit that IA 15-001 exists, but deny that it was placed in Plaintiff's personnel file.  Defendants deny each and every remaining allegation in paragraph 13 of the FAC.

14.     Answering paragraph 14 of the FAC, Defendants do not know what Plaintiff means by special assignments and collateral duties, and as such Defendants are without sufficient knowledge to admit or deny the allegations and on that basis denies those allegations.  For any remaining allegations, Defendants deny each and every allegation in paragraph 14 of the FAC.

15.     Answering paragraph 15 of the FAC, Defendants admit that Papa sent Plaintiff a letter dated March 22, 2015.  The letter speaks for itself.  Defendants deny each and every remaining allegation in paragraph 15 of the FAC.

16.     Answering paragraph 16 of the FAC, Defendants deny each and every allegation in paragraph 16 of the FAC.

17.     Answering paragraph 17 of the FAC, Defendants deny each and every allegation in paragraph 17 of the FAC.

18.     Answering paragraph 18 of the FAC, Defendants admit that Plaintiff filed a claim on April 14, 2016, which the City did not respond to.  The remainder of paragraph 18 purports to state a legal conclusion to which no response is necessary.

19.     Answering paragraph 19 of the FAC, Defendants deny each and every allegation in paragraph 19 of the FAC.

20.     Answering paragraph 20 of the FAC, Defendants deny each and every allegation in paragraph 20 of the FAC.

21.     Answering paragraph 21 of the FAC, Defendants admit that Plaintiff was not invited to a team-building workshop.  Defendants deny each and every remaining allegation in paragraph 21 of the FAC.

///

22.     Answering paragraph 22 of the FAC, Defendants deny each and every allegation in paragraph 22 of the FAC.

23.     Answering paragraph 23 of the FAC, Defendants deny each and every allegation in paragraph 23 of the FAC.

24.     Answering paragraph 24 of the FAC, Defendants deny each and every allegation in paragraph 24 of the FAC.

25.     Answering paragraph 25 of the FAC, Defendants admit that the promotional list expired.  Defendants deny each and every remaining allegation in paragraph 25 of the FAC.

## VENUE AND JURISDICTION

26.     Answering paragraph 26 of the FAC, Defendants admit that this Court has jurisdiction over Plaintiff's FAC.  With respect to any remaining allegations, the remainder of paragraph 26 purports to state a legal conclusion to which no response is necessary.

27.     Answering paragraph 27 of the FAC, Defendants admit that the FAC speaks for itself.

28.     Answering paragraph 28 of the FAC, Defendants admit that the FAC speaks for itself and purports to state a legal conclusion to which no response is necessary.  Defendants are without sufficient knowledge to admit or deny the factual allegations contained therein and on that basis deny each and every allegation contained therein.

## PARTIES

29.     Answering paragraph 29 of the FAC, Defendants admit generally and specifically that Plaintiff has been employed by the City as a full-time sworn peace officer.  With the remainder of paragraph 29, it purports to state a legal conclusion to which no response is necessary.

///

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

7994346.1  HE050-074

ANSWER TO FIRST AMENDED COMPLAINT

30.     Answering paragraph 30 of the FAC, Defendants admit generally and specifically that the City is a municipal corporation.  With the remainder of paragraph 30, it purports to state a legal conclusion to which no response is necessary.

31.     Answering paragraph 31 of the FAC, Defendants admit generally and specifically that the Department is a subdivision of the City and not a separate legal entity.  With respect to any remaining allegations, the City denies generally and specifically any remaining allegations contained in paragraph 31.

32.     Answering paragraph 32 of the FAC, Defendants admit generally and specifically that Papa is employed by the City as the Chief of Police and that she is charged with the supervision and management of employees within the Department. With the remainder of paragraph 32, it purports to state a legal conclusion to which no response is necessary.

33.     Answering paragraph 33 of the FAC, Defendants admit generally and specifically that Papa is employed by the City as the Chief of Police and that she is charged with the supervision and management of employees of the Department. With the remainder of paragraph 33, it purports to state a legal conclusion to which no response is necessary.

34.     Answering paragraph 34 of the FAC, Defendants admit that Milton McKinnon is a Police Captain for the City's Police Department.  Defendants admit he is charged with the supervision of employees within his chain of command and can initiate personnel investigations with the approval of the Chief.  With the remainder of paragraph 34, it purports to state a legal conclusion to which no response is necessary.

35.     Answering paragraph 35 of the FAC, Defendants admit that Bakaly is the former City Manager for the City and was responsible for providing direction and oversight to department heads, including the Chief of Police. With respect to any remaining factual allegations, the City denies generally and specifically any

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

1    remaining factual allegations contained in paragraph 35.  With the remainder of

2    paragraph 35, it purports to state a legal conclusion to which no response is

3    necessary.

4        36.    Answering paragraph 36 of the FAC, Defendants are without sufficient

5    knowledge to admit or deny the allegations contained therein and on that basis deny

6    each and every allegation contained therein.

### FIRST CAUSE OF ACTION

### (VIOLATION OF GOV'T CODE §§ 3305, 3306, & 3306.5)

9        37.    Answering paragraph 37 of the FAC, Defendants incorporate by

10   reference its responses to Paragraphs 1 through 36 of the FAC.

11       38.    Answering paragraph 38 of the FAC, Defendants admit generally and

12   specifically that the City is a municipal corporation, the Department is a

13   subdivision of the City and not a separate legal entity and Papa is the Chief of

14   Police.  With the remainder of paragraph 38, it purports to state a legal conclusion

15   to which no response is necessary.

16       39.    Answering paragraph 39 of the FAC, Defendants admit that this

17   paragraph contains an accurate quotation of a portion of California Government

18   Code section 3305.

19       40.    Answering paragraph 40 of the FAC, Defendants admit that this

20   paragraph contains an accurate quotation of a portion of California Government

21   Code section 3306.

22       41.    Answering paragraph 41 of the FAC, Defendants admit that this

23   paragraph contains an accurate quotation of a portion of California Penal Code

24   section 832.5(b).

25       42.    Answering paragraph 42 of the FAC, Defendants admit that this

26   paragraph contains an accurate quotation of a portion of California Penal Code

27   section 832.5(c).

28   ///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

43.     Answering paragraph 43 of the FAC, Defendants deny each and every allegation contained therein.

44.     Answering paragraph 44 of the FAC, Defendants deny each and every allegation contained therein.

45.     Answering paragraph 45 of the FAC, Defendants admit that this paragraph contains an accurate quotation of a portion of California Government Code section 3306.6.

46.     Answering paragraph 46 of the FAC, Defendants deny each and every allegation contained therein.

47.     Answering paragraph 47 of the FAC, Defendants deny each and every allegation contained therein.

48.     Answering paragraph 48 of the FAC, Defendants deny each and every allegation contained therein.

49.     Answering paragraph 49 of the FAC, Defendants admit that this paragraph contains an accurate quotation of a portion of California Government Code section 3309.5(d).  Defendants deny each and every factual allegation contained therein.

50.     Answering paragraph 50 of the FAC, paragraph 50 of the FAC purports to state a legal conclusion to which no response is necessary.

51.     Answering paragraph 51 of the FAC, Defendants deny that they violated any ministerial duty to Plaintiff.  Paragraph 51 of the FAC also purports to state a legal conclusion to which no response is necessary.

52.     Answering paragraph 52 of the FAC, Defendants deny each and every allegation contained therein.

53.     Answering paragraph 53 of the FAC, Defendants deny each and every allegation contained therein.

54.     Answering paragraph 54 of the FAC, Defendants deny each and every factual allegation contained therein.  Paragraph 54 of the FAC also purports to state

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

a legal conclusion to which no response is necessary.

55.    Answering paragraph 55 of the FAC, paragraph 55 of the FAC purports to state a legal conclusion to which no response is necessary.

56.    Answering paragraph 56 of the FAC, Defendants deny each and every allegation contained therein.

57.    Answering paragraph 57 of the FAC, paragraph 57 of the FAC purports to state a legal conclusion to which no response is necessary.

## SECOND CAUSE OF ACTION
## (VIOLATION OF GOV'T CODE § 3304)

58.    Answering paragraph 58 of the FAC, Defendants incorporate by reference its responses to Paragraphs 1 through 57 of the FAC.

59.    Answering paragraph 59 of the FAC, the Complaint speaks for itself. Defendants are without sufficient knowledge to admit or deny the allegations contained therein and on that basis deny each and every allegation contained therein.

60.    Answering paragraph 60 of the FAC, Defendants admit that this paragraph contains an accurate quotation of a portion of California Government Code section 3304(a).

61.    Answering paragraph 61 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

62.    Answering paragraph 62 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

63.    Answering paragraph 63 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

64.    Answering paragraph 64 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

65.    Answering paragraph 65 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

66.     Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

67.     Answering paragraph 67 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

68.     Answering paragraph 68 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

69.     Answering paragraph 69 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

70.     Answering paragraph 70 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

## THIRD CAUSE OF ACTION

## (DECLARATORY RELIEF RE: GOV'T CODE § 3300, ET SEQ.)

71.     Answering paragraph 71 of the FAC, Defendants incorporate by reference its responses to Paragraphs 1 through 70 of the FAC.

72.     Answering paragraph 72 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

73.     Answering paragraph 73 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

74.     Answering paragraph 74 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

75.     Answering paragraph 75 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

76.     Answering paragraph 76 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

77.     Answering paragraph 77 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

///

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

# FOURTH CAUSE OF ACTION
# (WHISTLEBLOWER RETALIATION)

78.     Answering paragraph 78 of the FAC, Defendants incorporate by reference its responses to Paragraphs 1 through 77 of the FAC.

79.     Answering paragraph 79 of the FAC, paragraph 79 of the FAC purports to state a legal conclusion to which no response is necessary.

80.     Answering paragraph 80 of the FAC, paragraph 80 of the FAC purports to state a legal conclusion to which no response is necessary.

81.     Answering paragraph 81 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

82.     Answering paragraph 82 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

83.     Answering paragraph 83 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

84.     Answering paragraph 84 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

85.     Answering paragraph 85 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

86.     Answering paragraph 86 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

87.     Answering paragraph 87 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

88.     Answering paragraph 88 of the FAC, Defendants admit that Plaintiff filed a tort claim and that it did not respond.  The remainder of paragraph 88 purports to state a legal conclusion to which no response is necessary.

89.     Answering paragraph 89 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

# FIFTH CAUSE OF ACTION

## (VIOLATION OF CIVIL RIGHTS, 42 U.S.C. § 1983)

90.   Answering paragraph 90 of the FAC, Defendants incorporate by reference its responses to Paragraphs 1 through 89 of the FAC.

91.   Answering paragraph 91 of the FAC, paragraph 91 of the FAC purports to state a legal conclusion to which no response is necessary.

92.   Answering paragraph 92 of the FAC, paragraph 92 of the FAC purports to state a legal conclusion to which no response is necessary.

93.   Answering paragraph 93 of the FAC, paragraph 93 of the FAC purports to state a legal conclusion to which no response is necessary.

94.   Answering paragraph 94 of the FAC, paragraph 94 of the FAC purports to state a legal conclusion to which no response is necessary.

95.   Answering paragraph 95 of the FAC, Defendants admit that after two separate investigations determined that Plaintiff's allegations were not substantiated, and due to Plaintiff's ongoing focus on the other officer (also his neighbor), he was given an order not to discuss the matter or the investigation with other coworkers or law enforcement officials.  Defendants generally and specifically deny each and every remaining allegation contained in paragraph 95.

96.   Answering paragraph 96 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

97.   Answering paragraph 97 of the FAC, Defendants admit that this paragraph contains an accurate quotation of a portion of the Fourteenth Amendment of the United States Constitution.

98.   Answering paragraph 98 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

99.   Answering paragraph 99 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

///

LIEBERT  CASSIDY  WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

ANSWER TO FIRST AMENDED COMPLAINT

100.   Answering paragraph 100 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

101.   Answering paragraph 101 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

102.   Answering paragraph 102 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

103.   Answering paragraph 103 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

104.   Answering paragraph 104 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

105.   Answering paragraph 105 of the FAC, Defendants deny that Plaintiff is entitled to any relief.

106.   Answering paragraph 106 of the FAC, Defendants are without sufficient knowledge to admit or deny the factual allegations contained therein and on that basis deny each and every allegation contained therein.

107.   Answering paragraph 107 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

108.   Answering paragraph 108 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

109.   Answering paragraph 109 of the FAC, Defendants generally and specifically deny each and every allegation contained therein.

110.   Answering paragraph 110 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

111.   Answering paragraph 111 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

112.   Answering paragraph 112 of the FAC, Defendants deny that Plaintiff is entitled to any relief and deny each and every allegation contained therein.

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

# PRAYERS FOR DAMAGES

## First Cause of Action

113.    Answering paragraph 113 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

114.    Answering paragraph 114 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

## Second Cause of Action

115.    Answering paragraph 115 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

116.    Answering paragraph 116 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

## Third Cause of Action

117.    Answering paragraph 117 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

## Fourth Cause of Action

118.    Answering paragraph 118 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

119.    Answering paragraph 119 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

120.    Answering paragraph 120 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

121.    Answering paragraph 121 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

122.    Answering paragraph 122 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

123.    Answering paragraph 123 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

///

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

**Fifth Cause of Action**

124.    Answering paragraph 124 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

125.    Answering paragraph 125 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

126.    Answering paragraph 126 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

127.    Answering paragraph 127 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

128.    Answering paragraph 128 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

**All Causes of Action**

129.    Answering paragraph 129 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

130.    Answering paragraph 130 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

131.    Answering paragraph 131 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

132.    Answering paragraph 132 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

133.    Answering paragraph 133 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

134.    Answering paragraph 134 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

135.    Answering paragraph 135 of the FAC, Defendants deny that Plaintiff is entitled to any relief contained therein.

///

///

# AFFIRMATIVE DEFENSES

Defendants allege the following affirmative defenses as to each and every claim for relief and as to each and every allegation set forth in the FAC:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

136.   Plaintiff's FAC fails to state a claim upon which relief can be granted under any cause of action pled, including but not limited to, California Government Code § 3300, et seq., California Labor Code § 1102.5, and 42 U.S.C. § 1983.

## SECOND AFFIRMATIVE DEFENSE

(Unclean Hands)

137.   Plaintiff's action is barred by the doctrine of "unclean hands."

## THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate)

138.   Plaintiff has a duty to mitigate his damages, and has failed to do so.

## FOURTH AFFIRMATIVE DEFENSE

(Legitimate Business Reasons)

139.   The FAC, and the causes of action alleged therein, are barred on the ground that Defendants had legitimate business reasons, which were not pretextual, for taking any employment actions.

## FIFTH AFFIRMATIVE DEFENSE

(Res Judicata/Collateral Estoppel)

140.   Plaintiff's cause of action is barred under the doctrine of res judicata and/or collateral estoppel.

## SIXTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

141.   Plaintiff's claims are barred by the applicable statutes of limitation, including but not limited to California Government Code section 911.2 and/or Code of Civil Procedure sections 335.1, 337, 338, 339, 340, 342, and/or 343 and see

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

*Levald Inc. v. City of Palm Desert*, 998 F.2d 680 (9th Cir. 1993).

## EIGHTH AFFIRMATIVE DEFENSE

### (Laches)

142.   Plaintiff's action is barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

### (Lawful Business)

143.   Defendants were at all times engaged in the lawful exercise of public business.

## TENTH AFFIRMATIVE DEFENSE

### (After Acquired Evidence)

144.   The "after acquired evidence" doctrine bars Plaintiff's recovery of any damages.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Qualified Good-Faith Immunity)

145.   The individually named Defendants are entitled to qualified good-faith immunity.

## TWELFTH AFFIRMATIVE DEFENSE

### (Qualified Immunity)

146.   The Defendants are entitled to qualified immunity.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Official Policy, Practice, or Custom)

147.   Plaintiff's claims are barred because they did not arise from, nor was Plaintiff injured as a result of, any officially-adopted agency policy, practice, or custom.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

148.   Plaintiff's causes of action, and each of them, are barred by the doctrine of waiver.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

7994346.1 HE050-074

17

ANSWER TO FIRST AMENDED COMPLAINT

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

### FIFTEENTH AFFIRMATIVE DEFENSE

(Intervening and Superseding Acts)

149.   Plaintiff's alleged injuries or damages were proximately caused by superseding and intervening causes.

### SIXTEENTH AFFIRMATIVE DEFENSE

(Equitable Estoppel)

150.   Plaintiff's action is barred by the doctrine of equitable estoppel.

### SEVENTEENTH AFFIRMATIVE DEFENSE

(No Public Concern)

151.   Plaintiff's alleged speech does not address a matter of public concern.

### EIGHTEENTH AFFIRMATIVE DEFENSE

(Speech Made Within Course and Scope of Duties)

152.   Plaintiff's alleged speech was made within the course and scope of his duties as an employee.

### NINETEENTH AFFIRMATIVE DEFENSE

(*Pickering* Balancing Test)

153.   Under the *Pickering* balancing test, the City's interest, as an employer, in promoting the efficiency of the public services it performs through its employees outweighs Plaintiff's interest, as a citizen, in commenting upon matters of alleged public concern.

### TWENTIETH AFFIRMATIVE DEFENSE

(No Punitive Damages for Entity Defendants)

154.   Plaintiff is not entitled to collect punitive damages against the City or the Department.  Cal. Gov't Code § 818 (for state law claims); *City of Newport v. Fact Concerts, Inc.* (1981) 453 U.S. 247, 271 (municipality is immune from punitive damages under 42 U.S.C. § 1983).

///

///

## TWENTY-FIRST AFFIRMATIVE DEFENSE

(Workers' Compensation Exclusivity)

155.   Plaintiff's claims for emotional distress are barred by workers' compensation exclusivity, and/or worker's compensation is the exclusive forum for such claims.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

(No Ratification)

156.   The FAC, and the causes of action alleged therein, are barred as Defendants allege Plaintiff cannot establish that any of the alleged conduct alleged was ratified by Defendants.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

(No Official Policy)

157.   Defendants allege that Plaintiff's claims are barred because they did not arise from, nor was Plaintiff injured as a result of, any officially-adopted agency policy, practice, or custom.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

(Agency)

158.   Defendants allege that any unlawful or other wrongful acts, if any, taken by Defendants' agents or employees were outside the scope of their authority and such acts, if any were not authorized, ratified, by or condoned by Defendants and Defendants did not know and/or should not have known of such conduct.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

(Attorney's Fees)

159.   Defendants allege that Plaintiff is not entitled to attorneys' fees.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

(Fraud and/or Misrepresentation)

160.   Defendants allege that Plaintiff's claims in the FAC are barred, in whole or in part, by Plaintiff's fraudulent and/or illegal conduct, and various

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

misrepresentations, whether intentional or negligent.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

(Compliance with Applicable Law)

161.   At all times mentioned in the FAC, answering Defendants acted in conformity with applicable constitutional law, regulation, policy, and all other laws.

WHEREFORE, Defendants pray as follows:

1.     That Plaintiff take nothing by reason of his First Amended Complaint and that judgment be rendered in favor of all Defendants;

2.     That Defendants be awarded their costs of suit incurred in defense of this action; and

3.     For such other and proper relief as the Court deems proper.

Dated:  December 13, 2016                    LIEBERT CASSIDY WHITMORE

By:   s/Sarah R. Lustig
                Geoffrey S. Sheldon
                Sarah R. Lustig
                Attorneys for Defendants CITY
                OF HERMOSA BEACH,
                HERMOSA BEACH POLICE
                DEPARTMENT, TOM
                BAKALY, AND SHARON
                PAPA

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045