Geoffrey S. Sheldon, Bar No. 185560
gsheldon@lcwlegal.com
Sarah R. Lustig, Bar No. 255737
slustig@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837

Attorneys for Defendants CITY OF HERMOSA BEACH, HERMOSA BEACH POLICE DEPARTMENT, TOM BAKALY, and SHARON PAPA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| DONOVAN SELLAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HERMOSA BEACH, a Municipal Corporation; HERMOSA BEACH POLICE DEPARTMENT, a public safety department; TOM BAKALY, City Manager, in his official capacity; SHARON PAPA, Chief of Police, in her official capacity; and DOES I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-07706-FMO (ASx)<br><br>Complaint Filed: September 14, 2016<br>FAC Filed: November 29, 2016<br><br>**[PROPOSED] ORDER RE: STIPULATION RE: PROTECTIVE ORDER**<br><br>Trial Date: December 5, 2017<br>Final Pretrial Conf.: November 17, 2015<br>Discovery Cut-Off: May 19, 2017 |

Plaintiff Donovan Sellan ("Plaintiff") and Defendants City of Hermosa Beach ("City"), Hermosa Beach Police Department ("Department"), Tom Bakaly ("Bakaly") and Sharon Papa ("Papa") (collectively "Defendants"), by and through their respective counsel, hereby enter into the following stipulation:

WHEREAS, this case involves, among other things, allegations that Plaintiff was denied promotions and special assignments and/or otherwise experienced retaliation for filing various grievances and complaints, including a complaint alleging misconduct by another Hermosa Beach Police Officer;

///

WHEREAS, Plaintiff alleges that Defendants violated his rights under 42 U.S.C. § 1983, California Government Code § 3300 et seq., and California Labor Code § 1102.5, and Defendants deny Plaintiffs' allegations;

WHEREAS, Plaintiff has served Defendants with at least 455 demands for production of documents under the compulsion of the Federal Rules of Civil Procedure;

WHEREAS, among other things, Plaintiff has requested copies of all emails he sent or received from January 1, 2012 to the present (and in some cases, over a longer time period), as well as copies of emails between the following current or former City employees concerning Plaintiff's employment and/or various claims: Sharon Papa, Tom Bakaly, Milton McKinnon, Thomas Thompson, Landon Phillips, Chris Alkadis, Garth Gaines, Dorothy Scheid, Mik Gaglia, Gerritt Poelstra, Monica Bagnara, and Sharon Stine;

WHEREAS, the City contends that it has located approximately 30,000 emails that have been or will be searched through for responsiveness to Plaintiffs' document demands, and Defendant further contends that some emails, including emails sent to or from Plaintiff's own City email account, contain private, confidential or otherwise privileged information (e.g., personnel information concerning third party peace officers; information concerning crime victims and alleged criminal subjects, including names, addresses, social security numbers, driver's license numbers, etc.; information concerning active or otherwise confidential criminal and/or administrative investigations; communications with City attorneys or communications with elected officials that may be privileged under the attorney-client privileged, the Ralph M. Brown Act or other applicable law);

WHEREAS, the City contends that because of the nature of Plaintiff's job some of the emails in his City email account contain private, confidential or otherwise privileged information (e.g., information concerning criminal or
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

administrative investigations, information concerning crime victims and suspects, communications with City attorneys, etc.) that Defendants contend cannot and should not be disclosed to third parties;

WHEREAS, the City contends that its review of the emails requested by Plaintiff in this litigation for possible redaction, including emails sent to or from Plaintiff's City email account, has been time consuming, expensive, overly burdensome and oppressive;

WHEREAS, in order to expedite production of documents to Plaintiff, the City will agree to produce to Plaintiff copies of all responsive emails, sent to Plaintiff or received from Plaintiff at his City email address (i.e., dsellan@hermosapolice.org), from any person for the period of January 1, 2012 through March 16, 2017, including but not limited to Donavan Sellan (i.e., donovan.sellan@laimpact.com, donavan.m.sellan@usdoj.gov, and dsellan@yahoo.com), Sharon Papa, Tom Bakaly, Milton McKinnon, Thomas Thompson, Landon Phillips, Chris Alkadis, Garth Gaines, Dorothy Scheid, Mik Gaglia, Gerritt Poelstra, Monica Bagnara, Ashley Koger and/or Sharon Stine, if any exist, without redaction (other than attorney-client communications) provided that an appropriate protective order issues which addresses Defendants' concerns about private, confidential and otherwise privileged information that may be contained in emails contained in Plaintiff's City email account; and

WHEREAS, Defendants and Plaintiff contend that good cause exists for the Court to grant a protective order under Rule 26(c)(1) of the Federal Rules of Civil Procedure under the terms described below.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

1. Defendant will produce copies of all emails sent to or from Plaintiff's City email address (i.e., dsellan@hermosapolice.org) from January 1, 2012 through March 16, 2017, without review or redaction by Defendants' counsel within 2

3

8157105.3 HE050-074

business days of the Court notifying the Parties that it has granted this order;

2. Plaintiff, his counsel and/or representatives may only use the emails produced by the City from Plaintiff's City email account in this litigation, and before using any such email in this litigation in a public setting, e.g., using the email as an exhibit to a deposition, motion or discovery request or at trial, Plaintiff's counsel must review the email and redact all private, confidential, or otherwise privileged information (e.g., personnel information concerning third party peace officers; information concerning crime victims and alleged criminal subjects, including names, addresses, social security numbers, driver's license numbers; information concerning active or otherwise confidential criminal and administrative investigations; communications with City attorneys; or communications with elected officials that may be privileged under the Ralph M. Brown Act). If Plaintiff's counsel is unsure whether redaction is required, he must seek clarification from Defendant's counsel or the Court. In the event that Defendants' counsel believes Plaintiff has failed to properly redact an email produced under this protective order, Defendants counsel shall either notify Plaintiff's counsel, at which time Plaintiff's counsel must either redact the document properly or agree to the tentative use pending the Court review of Defendants' concern, or seek relief from the Court.

3. Disclosure of emails between Plaintiff and any attorney working for the City shall not constitute a waiver of the City's attorney-client privilege, even if Plaintiff uses the document publicly without properly redacting privileged information.

///
///
///
///
///

4

Stipulation Re: Protective Order and [Proposed] Order

8157105.3 HE050-074

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

Dated: May 10, 2017                   Respectfully submitted,

                                      LIEBERT CASSIDY WHITMORE


                                      By:   /s/Sarah R. Lustig
                                            Geoffrey S. Sheldon
                                            Sarah R. Lustig
                                            Attorneys for Defendants CITY
                                            OF HERMOSA BEACH,
                                            HERMOSA BEACH POLICE
                                            DEPARTMENT, TOM
                                            BAKALY, and SHARON PAPA


Dated: May 10, 2017

                                      ATTORNEY AT LAW


                                      By: /s/Corey W. Glave
                                          Corey W. Glave
                                          Attorney for Plaintiff Donovan Sellan


*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## **O R D E R**

For good cause shown, the foregoing Stipulation shall be the Order of this Court.

IT IS SO ORDERED.

DATED: May 11, 2017                   _____/ s /_____
                                      HONORABLE ALKA SAGAR
                                      United States Magistrate Judge