Page 1

09:40:59

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN

DONOVAN SELLAN,                )
                               )
       Plaintiff,              )
                               )  Case No.
   vs.                         )  2:16-cv-0776-FMO-AS
                               )
CITY OF HERMOSA BEACH, a       )
Municipal Corporation;         )
HERMOSA BEACH POLICE           )
DEPARTMENT, a public safety    )
Department; TOM BAKALY,        )
City Manager, in his           )
Official and individual        )
Capacity; SHARON PAPA,         )
Chief of Police, in her        )
Official and individual        )
Capacity; DOES I-X,            )
Inclusive,                     )
                               )
       Defendants.             )
                               )

DEPOSITION OF DONAVAN SELLAN

APRIL 3, 2017

REPORTED BY:     IMHOF AND ASSOCIATES, INC.
                 COURT REPORTERS & VIDEOGRAPHERS
JACQUELINE MARTINEZ
CSR No. 12418                    20650 Adam Circle
                                 Yorba Linda, Ca.
                                      92886
Job No. 170402J

Page 72

11:40:23  1   could be through vehicle trackers, it could be through
11:40:26  2   introducing a confidential informant, it could be through
11:40:31  3   introducing an uncover officer.
11:40:34  4        There's many, many, many facets to doing an
11:40:37  5   investigation in the hypothetical world that you've just
11:40:41  6   asked me.
          7        Q    BY MS. LUSTIG:
11:40:43  8        Are you done?
11:40:43  9        A    Yes.
11:40:43  10       Q    Okay.  Now, would the complaining officer be
11:40:48  11  advised of the outcome of the investigation?
11:40:52  12       MR. GLAVE:  Objection.  Calls for a legal conclusion.
11:40:55  13       If you can answer, go ahead.
11:40:56  14       THE WITNESS:  Yes.
          15       Q    BY MS. LUSTIG:
11:41:10  16       Now, in November of 2013, you received
11:41:13  17  information that implicated a Hermosa Beach police motor
11:41:19  18  officer in possible criminal activity, correct?
11:41:22  19       A    Myself and another agent from the DEA, Drug
          20  Enforcement Administration, yes.
11:41:29  21       Q    And who is this other agent from the DEA?
11:41:32  22       A    His name is John Eric Neal, special agent of the
11:41:36  23  Drug Enforcement Administration.
11:41:38  24       Q    And Neal is spelled N-e-a-l?
11:41:40  25       A    N-e-a-l, first name is J-o-h-n.

| | | |
|---|---|---|
| 11:41:46 | 1 | Q    And who provided you with this information |
| 11:41:49 | 2 | regarding the possible criminal activity? |
| 11:41:52 | 3 | A    A suspect that I had just arrested for -- where |
| 11:41:55 | 4 | I tried to purchase four kilos of cocaine from. |
| 11:42:07 | 5 | Q    And what was this individual's name? |
| 11:42:09 | 6 | A    Scott Irvy -- Irby, I-r-b-y. |
| 11:42:15 | 7 | Q    And what was the name of the officer that -- |
| 11:42:18 | 8 | that Mr. Irby implicated? |
| 11:42:20 | 9 | A    Everett Faulk.  I don't know how to spell |
| 11:42:25 | 10 | Everett's first name.  Last name is F-a-u-l-k. |
| 11:42:28 | 11 | Q    And what did Mr. Irby tell you about |
| 11:42:33 | 12 | Officer Faulk? |
| 11:42:33 | 13 | A    He -- well, during the interview process, we |
| 11:42:38 | 14 | were going over different aspects of ways that he could |
| 11:42:42 | 15 | work for us.  We were talking about cocaine transaction |
| 11:42:46 | 16 | deals in Indiana and certain information, and we told him |
| 11:42:52 | 17 | that we would think about it, but we needed a break.  So |
| 11:42:56 | 18 | myself and Agent Neal stepped outside, and then later on, |
| 11:43:00 | 19 | we went back and met with Mr. Irby, at which point, he |
| 11:43:06 | 20 | said, "Well, would you guys be willing to take a dirty |
| 11:43:08 | 21 | cop?" |
| 11:43:16 | 22 | MR. GLAVE:  I think the question is how did he |
| 11:43:19 | 23 | implicate. |
| 11:43:19 | 24 | THE WITNESS:  Oh, I'm sorry.  I apologize.  I |
| 11:43:21 | 25 | apologize.  He said, "Would you be willing to take |

Page 78

| | | |
|---|---|---|
| 11:49:53 | 1 | Q    And what is this past that you had with |
| 11:49:56 | 2 | Officer Faulk that made you not want to tell the story? |
| 11:50:02 | 3 | A    All of it? |
| 11:50:03 | 4 | MR. GLAVE:  She asked the question. |
| 11:50:05 | 5 | MS. LUSTIG:  Go for it. |
| 11:50:06 | 6 | THE WITNESS:  Well, I mean, I tried to avoid him, to |
| 11:50:09 | 7 | be honest with you, because an officer that arrests a |
| 11:50:13 | 8 | female for domestic violence on a Sunday and then begins |
| 11:50:17 | 9 | having sex with her on a Tuesday probably shouldn't be a |
| 11:50:23 | 10 | police officer.  And then having your girlfriend yell at |
| 11:50:30 | 11 | me because I say something about it is a little bit |
| 11:50:34 | 12 | strange. |
| 11:50:35 | 13 | And then when you have supervisors having lunch |
| 11:50:39 | 14 | or -- well, it will be graveyard, dinner with him saying, |
| 11:50:43 | 15 | "Hey, you need to knock this relationship off," and then |
| 11:50:46 | 16 | as a result, the case can't be filed because officers |
| 11:50:49 | 17 | know that he's sleeping with the suspect, there's a |
| 11:50:52 | 18 | little bit of an issue. |
| 11:50:56 | 19 | The fact that he drives multiple cars to work |
| 11:51:00 | 20 | and none of them have license plates on them, and he |
| 11:51:04 | 21 | simply plays it off as "my cousin owns a car dealership." |
| 11:51:08 | 22 | And then when he does drive a certain -- when he does |
| 11:51:10 | 23 | drive a motorcycle to work and it does have a |
| 11:51:13 | 24 | registration tab, and another officer running the |
| 11:51:17 | 25 | plate -- because they don't know why the vehicle is |

IMHOF AND ASSOCIATES COURT REPORTERS AND VIDEOGRAPHERS
(800) 939-DEPO (3376)     (562) 907-4455     (714) 693-1213

| | | |
|---|---|---|
| 11:51:19 | 1 | parked -- the motorcycle's parked in our police facility, |
| 11:51:25 | 2 | it turns out that it's got a stolen vehicle tab on it. |
| 11:51:29 | 3 | I don't really care to hang out with a person |
| 11:51:32 | 4 | that necessarily is in the area of Hoover and -- I can't |
| 11:51:39 | 5 | think of the cross street -- at 3:00 in the morning in |
| 11:51:42 | 6 | the ghetto of L.A., and his car's stolen, and allegedly |
| 11:51:46 | 7 | has a Rolex inside, but yet doesn't report his vehicle |
| 11:51:50 | 8 | being stolen to the police department because he was down |
| 11:51:53 | 9 | there for probably other reasons. |
| 11:51:56 | 10 | I don't really care to hang out with an officer |
| 11:51:59 | 11 | that walks in to briefing and shows all of us a picture |
| 11:52:09 | 12 | of a person and says, "This particular person is going to |
| 11:52:14 | 13 | be here in Hermosa Beach tonight selling narcotics," and |
| 11:52:19 | 14 | when myself and other officers asked him, "Well, how do |
| 11:52:23 | 15 | you know this person," he becomes evasive and won't tell |
| 11:52:28 | 16 | us. |
| 11:52:28 | 17 | And when we ask him, "Well, Faulk, you've never |
| 11:52:31 | 18 | made a drug arrest in your entire career, how would you |
| 11:52:34 | 19 | know that this person's going to sell drugs," and once |
| 11:52:38 | 20 | again, he becomes evasive and doesn't answer the |
| 11:52:41 | 21 | question. And then three to four hours later, |
| 11:52:44 | 22 | Officer Faulk has located this alleged person and has |
| 11:52:51 | 23 | arrested that person. And the officer that was with |
| 11:52:54 | 24 | Officer Faulk relayed to myself and other officers the |
| 11:52:58 | 25 | entire thing was very weird and very suspicious, and |

Page 80

| | | |
|---|---|---|
| 11:53:03 | 1 | Officer Faulk wanted me to write the report and I told |
| 11:53:06 | 2 | him, I'm refusing to write the report. |
| 11:53:11 | 3 | And in that office -- that particular officer |
| 11:53:14 | 4 | stated that it appeared that Officer Brunn knew the |
| 11:53:19 | 5 | suspect somehow. |
| 11:53:20 | 6 | MR. GLAVE: Brunn? |
| 11:53:20 | 7 | THE WITNESS: I'm sorry. Officer Brunn stated to |
| 11:53:24 | 8 | myself and other officers, "It was like Officer Faulk |
| 11:53:26 | 9 | knew the suspect." |
| 11:53:27 | 10 | And then approximately a month after that |
| 11:53:29 | 11 | arrest, I happen to go to a radio call and I arrest this |
| 11:53:33 | 12 | guy who had an outstanding cocaine sales warrant, and it |
| 11:53:38 | 13 | turned out to be the subject that Officer Faulk had |
| 11:53:41 | 14 | arrested with Officer Brunn. At which point, he goes on |
| 11:53:46 | 15 | to tell me that the warrant is bullshit and -- I'm using |
| 11:53:49 | 16 | his words, "The warrant is bullshit," and that, |
| 11:53:53 | 17 | "Officer Faulk knows that I facilitate drugs or I sell |
| 11:53:57 | 18 | drugs because I'm dating his cousin. And I was just at |
| 11:54:02 | 19 | Officer Faulk's house a couple of days prior to him |
| 11:54:03 | 20 | arresting me, and I got into an argument with his cousin. |
| 11:54:07 | 21 | And so Faulk's getting back at me for me having an |
| 11:54:10 | 22 | argument with his cousin by arresting me, when he knows |
| 11:54:13 | 23 | that I'm a drug dealer, and that he basically hangs out |
| 11:54:16 | 24 | with me and all my friends who deal drugs." |
| 11:54:19 | 25 | And he went on to give that information to the |

| | | |
|---|---|---|
| 11:54:23 | 1 | supervisor that day. Officer Faulk had that subject's |
| 11:54:27 | 2 | phone number in his phone and that subject had |
| 11:54:31 | 3 | Officer Faulk's phone number in his phone. |
| 11:54:35 | 4 | Another reason I might not want to hang out with |
| 11:54:37 | 5 | Officer Faulk is the fact that he hangs out with Mongol |
| 11:54:42 | 6 | gang members. A guy got a -- there's a guy that's got a |
| 11:54:45 | 7 | one-percent tattoo on his chest and Officer Faulk is just |
| 11:54:49 | 8 | friends with him, according to Officer Faulk, which means |
| 11:54:52 | 9 | the guy's committed murder. |
| 11:54:54 | 10 | And maybe I don't want to hang out with |
| 11:54:57 | 11 | Officer Faulk because he's got a loan officer, who's a |
| 11:55:00 | 12 | convicted felon, who Officer Faulk introduced or who his |
| 11:55:04 | 13 | loan officer introduced Officer Faulk to another |
| 11:55:09 | 14 | convicted felon, so Officer Faulk can hold on to some |
| 11:55:15 | 15 | guns for him. |
| 11:55:16 | 16 | Maybe I don't want to hang out with |
| 11:55:17 | 17 | Officer Faulk or have anything to do with him due to the |
| 11:55:19 | 18 | fact that Sergeant Scheid had to pull Faulk aside and |
| 11:55:24 | 19 | basically chastise him verbally up and down, along with |
| 11:55:28 | 20 | the District Attorney, because he doesn't know how to |
| 11:55:30 | 21 | testify in court. |
| 11:55:33 | 22 | Maybe I don't want to hang out with |
| 11:55:35 | 23 | Officer Faulk because he's just -- he's just got a shady |
| 11:55:43 | 24 | kind of behavior -- behavior about him. Or maybe the |
| 11:55:47 | 25 | fact that he drives to work with bail bondsmen placards |

Page 82

11:55:53  1  on the side of his car, which is against the law for an
11:55:56  2  officer to advertise bail bondsman, and the Captain will
11:56:03  3  stand there and watch him -- watch him with the placards
11:56:06  4  on the side of his own car and the Captain doesn't
11:56:09  5  investigate it or anything, he just simply orders
11:56:13  6  Officer Faulk to take the placards off.  Then when
11:56:18  7  Officer Faulk doesn't, he orders him again to take the
11:56:20  8  placards off, and he finally does.
11:56:23  9           So I, personally, don't want anything to do with
11:56:26  10  Officer Faulk.  So to answer your question, that's why I
11:56:29  11  didn't want to be the lead on this November of 2013
11:56:34  12  meeting.
11:56:34  13     Q    BY MS. LUSTIG:
11:56:34  14           Okay.  Fair enough.  That was a lot, so we're
11:56:38  15  going to go through this little bit by bit here.
11:56:40  16           You mentioned that Officer Faulk had sexual
11:56:45  17  relations with an arrestee for domestic violence.  How
11:56:53  18  did you learn about this?
11:56:56  19     A    I don't know if it was the next day or what it
11:57:03  20  was, but I wasn't working that particular shift, I don't
11:57:07  21  know if I came in for day shift or not.  But I know that
11:57:11  22  an arrest was made, Officer Faulk had to transport the
11:57:15  23  female to the hospital to get a clearance for book -- for
11:57:19  24  booking because I believe she had an injury to her hand.
11:57:23  25           And then a few days later, while we were

| | | |
|---|---|---|
| 12:05:42 | 1 | MS. LUSTIG: As Faulk as a subject of an I.A. |
| 12:05:45 | 2 | MR. GLAVE: Thank you. |
| 12:05:47 | 3 | THE WITNESS: I don't know if I was interviewed, but |
| 12:05:50 | 4 | I believe there was an investigation. But I -- I don't |
| | 5 | know. |
| | 6 | Q BY MS. LUSTIG: |
| 12:06:07 | 7 | How do you know that Faulk has suspects' numbers |
| 12:06:10 | 8 | in his phone? |
| 12:06:12 | 9 | A He admitted to it. |
| 12:06:14 | 10 | Q To whom did he admit it to? |
| 12:06:17 | 11 | A In front of me and the chief. |
| 12:06:20 | 12 | Q Which chief? |
| 12:06:21 | 13 | A The one sitting next to you. |
| 12:06:23 | 14 | MR. GLAVE: Okay. Again -- |
| 12:06:25 | 15 | THE WITNESS: Oh, Chief Papa. |
| 12:06:29 | 16 | And the suspects, themselves, were able to show |
| 12:06:32 | 17 | his phone number in their phones. |
| | 18 | Q BY MS. LUSTIG: |
| 12:06:50 | 19 | And you mentioned that he has a loan officer who |
| 12:06:52 | 20 | was a convicted felon who introduced him to other |
| 12:06:57 | 21 | convicted -- to another convicted felon? |
| 12:06:59 | 22 | A Yes. |
| 12:07:00 | 23 | Q When did that take place? |
| 12:07:01 | 24 | A You'd have to ask Officer Cahalan. He was the |
| 12:07:07 | 25 | officer assigned to that task force using |

Page 90

| | | |
|---|---|---|
| 12:07:10 | 1 | Officer Faulk's loan officer as a confidential informant |
| 12:07:11 | 2 | who broke the story about Officer Faulk holding on to |
| 12:07:16 | 3 | some guns or some kind of incident with guns. |
| 12:07:19 | 4 | Q    Do you have an estimate of approximately when |
| 12:07:21 | 5 | that took place? |
| 12:07:22 | 6 | A    You'd have to talk to Officer Cahalan or you'd |
| 12:07:27 | 7 | have to talk to Chief Papa, because she's very aware of |
| 12:07:29 | 8 | it. |
| 12:07:29 | 9 | Q    Can you spell Cahalan, please? |
| 12:07:30 | 10 | A    C-a-h-a-l-a-n. |
| 12:07:34 | 11 | Q    And what is Officer Cahalan's first name? |
| 12:07:36 | 12 | A    Eric, E-r-i-c. |
| 12:07:41 | 13 | Q    And is Officer Cahalan still with the Hermosa |
| 12:07:44 | 14 | Beach Police Department? |
| 12:07:44 | 15 | A    Yes.  He's a detective. |
| 12:07:54 | 16 | Q    And how did you become privy to this |
| 12:07:57 | 17 | information? |
| 12:07:57 | 18 | A    Because Detective Cahalan was in his undercover |
| 12:08:04 | 19 | assignment and I was in mine, and we were discussing |
| 12:08:08 | 20 | Faulk's shady behavior, and he told me about his incident |
| 12:08:14 | 21 | with Faulk and his shady behaviors. |
| 12:08:26 | 22 | Q    You mentioned an incident where Sergeant Scheid |
| | 23 | had to -- |
| 12:08:30 | 24 | MR. GLAVE:  Scheid. |
| 12:08:31 | 25 | MS. LUSTIG:  Scheid, had to pull Faulk aside and |

Page 223

1 REPORTER CERTIFICATION OF CERTIFIED COPY

5     I, JACQUELINE MARTINEZ, CSR No. 12418, a
6 Certified Shorthand Reporter in the State
7 of California, certify that the foregoing
8 pages 1 through 222 constitute a true and
9 correct copy of the original deposition of
10 DONAVAN SELLAN, taken on April 3, 2017.
11     I declare under penalty of perjury
12 under the laws of the State of California
13 that the foregoing is true and correct.
14     Dated this 16th day of April, 2017.

*[signature]*
JACQUELINE MARTINEZ, CSR No. 12418