


# HERMOSA BEACH POLICE DEPARTMENT
*Office of the Chief of Police*

## MEMORANDUM

DATE: November 17, 2014

TO: Detective Donovan Sellan

FROM: Chief Sharon Papa

RE: Results of Investigation

The information you received from an informant that implicated one of your coworkers in possible criminal activity has been investigated by the LA County Sheriff's Department. The investigation determined the allegations to be unfounded. The same allegations were previously investigated by this department in 2010 and that investigation reached the same conclusion. This matter is now closed.

Your ongoing focus on Officer Faulk based upon your negative personal opinion of his abilities and belief he is engaged in criminal activity has been investigated and proven to be unwarranted. You are hereby given a direct order not to continue to discuss the matter or the investigation with anyone. Continued discussion by you with coworkers or other law enforcement officials about this investigation or your dislike of Officer Faulk reflects poorly on you and the Hermosa Beach Police Department. Violation of this written order shall subject you to disciplinary action.

Acknowledged: _D. Sell #168_   Date: 11-18-14
Donovan Sellan

DEFS 000074

Ex 61