

**800-843-7348 - SOUSA.COM - 877-843-8443**

# Sellan vs. City of Hermosa Beach

# Transcript Testimony of
# Milton McKinnon

**Date: 04/19/2017**

**Job #: 605674**

Court Reporting – Videoconferencing – Trial Presentation – Nationwide Networking

**Hermosa Beach - Irvine - Riverside - San Diego - Las Vegas**

**Dismantling of this transcript will void the Reporter's Certificate**

Case 2:16-cv-07706-FMO-AS   Document 38-4   Filed 09/13/17   Page 2 of 5   Page ID #:855

Milton McKinnon                                                          Sellan vs. City of Hermosa Beach

|     |                                                               |
| --- | ------------------------------------------------------------- |
| 1   | HERMOSA BEACH, CALIFORNIA;                                    |
| 2   | WEDNESDAY, APRIL 19, 2017, 9:30 A.M.                          |
| 3   |                                                               |
| 4   | CAPTAIN MILTON MCKINNON,                                      |
| 5   | HAVING BEEN FIRST DULY SWORN BY THE REPORTER, WAS             |
| 6   | EXAMINED AND TESTIFIED AS FOLLOWS:                            |
| 7   |                                                               |
| 8   | EXAMINATION                                                   |
| 9   | BY MR. GLAVE:                                                 |
| 10  | Q    Can you please state and spell your name for             |
| 11  | the record.                                                   |
| 12  | A    Sure.  It's Milton McKinnon, M-I-L-T-O-N.                |
| 13  | McKinnon, M-C-K-I-N-N-O-N.                                    |
| 14  | Q    All right.  Mr. McKinnon, you're here pursuant           |
| 15  | to a notice of deposition and supplement to the notice of     |
| 16  | deposition in the matter of Donovan Sellan versus City of     |
| 17  | Hermosa Beach and a number of individually named              |
| 18  | defendants.                                                   |
| 19  |      Are you aware of that?                                   |
| 20  | A    Yes.                                                     |
| 21  |      MR. GLAVE:  I'm going to show you the Notice of          |
| 22  | Deposition, and we'll have that marked as Exhibit 45,         |
| 23  | just to be safe.                                              |
| 24  |      (Plaintiff's Exhibit 45 was marked for                   |
| 25  |      identification.)                                         |

Case 2:16-cv-07706-FMO-AS   Document 38-4   Filed 09/13/17   Page 3 of 5   Page ID #:856

Milton McKinnon                                                    Sellan vs. City of Hermosa Beach

```
 1   about the fact that it had been...
 2        Q    Did you make any notes when you had the
 3   conversation with Landon Phillips?
 4        A    No.
 5        Q    Did you ever discuss the tort claim with
 6   Everett Faulk?
 7        A    Yes.
 8        Q    When did you discuss with Everett Faulk?
 9        A    Everett came to me.  He was concerned.  He
10   heard about it, and he had concerns.  And I told him to
11   relax, that this was a process, and he should continue to
12   do his job as he has always done.
13        Q    Was anybody else present when you met with
14   Everett Faulk?
15        A    I don't think so.
16        Q    Was Landon Phillips present?
17        A    I don't remember that he was.
18        Q    Did you discuss the tort claim filing with
19   Officer Sellan?
20        A    No, not the claim itself.
21        Q    Okay.  What did you discuss in regards to the
22   claim?
23        A    So Officer Sellan at one point stated to me
24   that I wasn't treating him the same that I had previously
25   treated him prior to the claim.
```

Case 2:16-cv-07706-FMO-AS   Document 38-4   Filed 09/13/17   Page 4 of 5   Page ID #:857

Milton McKinnon                                                  Sellan vs. City of Hermosa Beach

```
 1   STATE OF CALIFORNIA        )
 2   COUNTY OF LOS ANGELES      )   ss.
 3
 4
 5        I, CAPTAIN MILTON MCKINNON, hereby certify under
 6   penalty of perjury under the laws of the State of
 7   California that the foregoing is true and correct.
 8        Executed this _____ day of _____,
 9   20____, at _____,
10   California.
11
12
13
14
15
16                           _____
17                           CAPTAIN MILTON MCKINNON
18
19
20
21
22
23
24
25
```

Case 2:16-cv-07706-FMO-AS   Document 38-4   Filed 09/13/17   Page 5 of 5   Page ID #:858

Milton McKinnon                                              Sellan vs. City of Hermosa Beach

```
 1           CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2

 3           I, the undersigned Certified Shorthand Reporter in

 4   and for the State of California, do hereby certify:

 5           That the foregoing proceedings were taken before

 6   me at the time and place therein set forth, at which time

 7   the witness was put under oath by me; that the testimony

 8   of the witness and all objections made at the time of the

 9   proceedings were recorded stenographically by me and were

10   thereafter transcribed under my direction; that the

11   foregoing is a true record of the testimony and of all

12   objections made at the time of the proceedings.

13           I further certify that I am a disinterested person

14   and am in no way interested in the outcome of said action

15   or connected with or related to any of the parties in

16   said action or to their respective counsel.

17           The dismantling, unsealing, or unbinding of the

18   original transcript will render the reporter's

19   certificate null and void.

20           In witness whereof, I have subscribed my name on

21   04/19/2017.

22
                                    [signature]
23

24                                 _____

25                                 Desiree A. Cooks, CSR No. 14075
```